**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(a)**

Robert A. Rich (RR 4892)
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1132
rrich2@hunton.com

*Attorneys for RBS Citizens*

**Order Filed on March 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Wayne Gross
Christine Gross

                    Debtor(s).

Case No.:   10-37485

Chapter:  13

Honorable Judge Michael B. Kaplan

**ORDER DIRECTING
REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page is ORDERED.

**DATED: March 28, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal

Information filed in this case by *RBS Citizens* and regarding the Proof of Claim filed at Proof of

Claim No. 1-1, it is

ORDERED that the above document be immediately restricted from view on the Court's

public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original

document must file a redacted version of the document within 7 days of the date of this order,

and it is hereby

ORDERED that the applicant must serve this order on all affected parties not later than

one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 10-37485-MBK
Wayne Gross                                                           Chapter 13
Christine Gross
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 29, 2017
                             Form ID: pdf903           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
db/jdb        #+Wayne Gross,   Christine Gross,   10 Saint Lawrence Blvd,   Brick, NJ 08723-7617

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          James J. Cerbone   on behalf of Debtor Wayne  Gross cerbonelawfirm@aol.com
          James J. Cerbone   on behalf of Joint Debtor Christine  Gross cerbonelawfirm@aol.com
          Joshua I. Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert A. Rich   on behalf of Creditor   RBS Citizens rrich2@hunton.com
                                                                          TOTAL: 6